UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:97-cr-121-T-23EAJ

BERNARD ROBINSON
_____/

**ORDER**

On July 8, 2005, the United States Probation Office filed a June 27, 2005, petition for revocation of the defendant's supervised release (Doc. 35).[*]  At the hearing on November 3, 2005, Assistant Federal Public Defender Mark P. Rankin represented the defendant and Assistant United States Attorney Lee Bentley represented the United States.

The defendant admits committing the Grade A and Grade B violations described in the June 27, 2005, petition.  The court adjudicates the defendant guilty of those charges.

Accordingly, I find that the defendant has violated the terms of his supervised release.  In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term of supervised release is **REVOKED**.  The defendant

---

[*] A defendant having pled guilty to the offenses charged in counts one, two, and three of the indictment, the court imposed a sentence of eighty-nine months of imprisonment as to each count, to be served concurrently, and supervised release terms of forty-eight months to run concurrently.

is sentenced to ninety (90) days of imprisonment and twenty-four (24) months of supervised release.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

ORDERED in Tampa, Florida, on November 3, 2005.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   United States Marshal
      United States Probation
      Counsel of Record