PROB 19
(Rev. 5/92)

# United States District Court

for

## Middle District of Florida

U.S.A. vs Bernard Robinson                                    Docket No. 8:97-CR-121-T23EAJ

TO:[1] U.S. MARSHAL

| WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her supervision imposed by the court. |||||
| NAME OF SUBJECT<br>Bernard Robinson ||| SEX<br>Male | RACE<br>Black | DOB<br>09/27/1973 |
| ADDRESS (STREET, CITY, STATE)<br>826 22nd Avenue South, Apt W1, St. Petersburg, FL 33705 |||||
| SENTENCE IMPOSED BY (NAME OF COURT)<br>UNITED STATES DISTRICT COURT |||| DATE IMPOSED<br>11/03/2005 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>UNITED STATES DISTRICT COURT, Tampa, FLORIDA |||||
| CLERK<br>SHERYL L. LOESCH<br>Middle District of Florida | (BY) DEPUTY CLERK<br>[signature] ||| DATE<br>27 MAR 2007 ||

| RETURN |||
|---|---|---|
| Warrant received and executed | DATE RECEIVED<br>03/27/07 | DATE EXECUTED<br>04/16/07 |
| EXECUTING AGENCY (NAME AND ADDRESS)<br>U.S.M.S. TAMPA, FL |||
| NAME<br>RON LINDBAK | (BY)<br>[signature] | DATE<br>4/16/07 |

[1] Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for _____ of _____;" or "any United States Marshal; or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."