AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocation    Sheet 1

FILED
07 JUN 21 AM 10: 31

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| v. | (For Revocation of Probation or Supervised Release) |
| BERNARD ROBINSON | Case Number: 8:97-cr-121-T-23EAJ |
| | USM Number: 21253-018 |
| | Defendant's Attorney: Laurel Moore, fpd |

The defendant admits committing, and is adjudged guilty of committing, the violations charged in numbered paragraphs one and two of the March 22, 2007, petition (Doc. 48).

| Violation Number | Nature of Violation | Date Violation Ended |
| --- | --- | --- |
| One | Possession of a Law Enforcement Radio | 01/05/2007 |
| Two | Failure to notify probation officer within 72 of arrest or questioning by law enforcement officers | 01/05/2007 |

The defendant is sentenced as provided on page two of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 in consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission.

The defendant must notify the United States attorney for this district within thirty (30) days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

April 25, 2007
Date of Imposition of Sentence

Steven D. Merryday
UNITED STATES DISTRICT JUDGE

April 26, 2007
Date

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: Brenda Napier
Deputy Clerk

Case 8:97-cr-00121-SDM   Document 58   Filed 04/26/2007   Page 2 of 2
AO 245D (Rev. 01/07) Judgment in a Criminal Case for Revocation        Sheet 2 - Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | BERNARD ROBINSON | Judgment - Page 2 of 2 |
| CASE NUMBER: | 8:97-cr-121-T-23EAJ | |

## IMPRISONMENT

The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **FIVE (5) MONTHS.**

___ The court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.

___ The defendant shall surrender to the United States Marshal for this district:

    ___ at _____ a.m. p.m. on _____.

    ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___ before 2 p.m. on _____.

    ___ as notified by the United States Marshal.

    ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _6/5/07_ to _FDC Miami, FL_ at _33 NE 4th ST._ with a certified copy of this judgment.

_Loren A. Grayer, Warden_
~~UNITED STATES MARSHAL~~

By _P. Hurtado, LTE_
~~DEPUTY UNITED STATES~~ MARSHAL